# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN S. GALLANT,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PRINCESS CRUISE LINES, LTD., and ONE SPA WORLD, LLC,<br><br>　　　　　　　　　　Defendants. | Case No. 19-cv-2464-MMA (AGS)<br><br>**ORDER RE: PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 46] |

　　　The parties filed a joint stipulation to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 46. Good cause appearing, the Court **GRANTS** the parties' joint stipulation and **DISMISSES** this action **with prejudice**. The Court **DIRECTS** the Clerk of Court to terminate this action in its entirety. Each party bears its own attorneys' fees and costs.

　　　**IT IS SO ORDERED**.

Dated: June 9, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge